FILED
CLERK U.S. DISTRICT COURT

JAN 2 9 2008

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD LEONARD,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>ROBERT HOREL, et al.,<br><br>　　　　Respondents. | Case No. CV 07-7329 PA(JC)<br><br>~~(PROPOSED)~~<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody (the "Petition"), all of the records herein, and the attached Report and Recommendation of United States Magistrate Judge. The Court approves and adopts the United States Magistrate Judge's Report and Recommendation.

　　IT IS HEREBY ORDERED that Judgment be entered denying the Petition and dismissing this action without prejudice.

///

///

///

1 | IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the
2 | United States Magistrate Judge's Report and Recommendation, and the Judgment
3 | herein by United States mail on Petitioner and on any counsel for Respondents.
4 | LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: January 29, 2008

_____
HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE