JS-6

**FILED**
**CLERK U.S. DISTRICT COURT**
JAN 2 9 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD LEONARD,<br>　　　　　Petitioner,<br>　　v.<br>ROBERT HOREL, et al.,<br>　　　　　Respondents. | Case No. CV 07-7329 PA(JC)<br><br>~~(PROPOSED)~~<br>JUDGMENT |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed without prejudice.

DATED: January 29, 2008

_____
HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE